# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| HENRY LEE MALBROUGH, Individually and on behalf of his son, Anthony Campbell | Civil Action No. 6: 10-0107 |
| | Judge Elizabeth E. Foote |
| versus | Magistrate Judge Carol B. Whitehurst |
| CITY OF RAYNE, ET AL. | |

## ORDER

This matter was referred to United States Magistrate Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss for Failure to State a Claim Upon Which Relief Can be Granted [Doc. 111], appearing to be well-grounded in law and fact and being unopposed by the plaintiffs,

is GRANTED, and the *official capacity* claims alleged against Deputy Boddye, Deputy Ware, Chief Stelly, Officer Cormier, and Officer Credeur are DENIED AND DISMISSED WITH PREJUDICE.

Signed at Shreveport, Louisiana, this 26th day of October, 2017.

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT JUDGE**